# Third District Court of Appeal

## State of Florida

Opinion filed September 10, 2025.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D24-0252
Lower Tribunal No. 21-13207-CA-01
_____

**Universal Property & Casualty Insurance Company,**
Appellant,

vs.

**Johnny Williams, et al.,**
Appellees.

An Appeal from the Circuit Court for Miami-Dade County, David Craig Miller, Judge.

Russo Lima Appellate Firm, P.A., and Paulo R. Lima and Elizabeth K. Russo, for appellant.

Kula & Associates, P.A., and Elliot B. Kula and William D. Mueller; Quintana Law, PA, and Brittany Quintana Marti; Pita Weber Del Prado, and Randy M. Weber, for appellees.

Before SCALES, C.J., and MILLER and GOODEN, JJ.

PER CURIAM.

Affirmed. <u>See</u> <u>Citizens Prop. Ins. Corp. v. Laguerre</u>, 259 So. 3d 169 (Fla. 3d DCA 2018).